**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-02482-REB-OES

POSTNET INTERNATIONAL FRANCHISE CORPORATION,

     Plaintiff,
v.

ISRAEL GARCIA,

     Defendant.
_____

MINUTE ORDER[1]
_____

     The Unopposed Motion for Leave to File Reply Memorandum in Support of Motion for Preliminary Injunction [#22], filed on January 23, 2006, is GRANTED. Plaintiff should note pursuant to D.C.COLO.L.Civ.R. 7.1.C., permission to file a reply is not necessary. Plaintiff shall have until **March 13, 2006**, in which to file their reply in support of the motion for preliminary injunction.

Dated:  January 24, 2006
-----------------------------------------------------------------------------------------------------------------

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge, District of Colorado.