**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-02482-REB-MEH

POSTNET INTERNATIONAL FRANCHISE CORPORATION,

     Plaintiff,

v.

ISRAEL GARCIA,

     Defendant.
_____

MINUTE ORDER[1]
_____

     The Unopposed Motion to File Out of Time Plaintiff's Reply Memorandum in Support of Preliminary Injunction [#46], filed on April 14, 2006, is GRANTED and the plaintiff's Reply Memorandum in support of the motion for preliminary injunction is accepted for filing.

Dated:  April 14, 2006
-----------------------------------------------------------------------------------------------------------------

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.