**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-02482-REB-MEH

POSTNET INTERNATIONAL FRANCHISE CORPORATION, a Nevada corporation,

 Plaintiff,
v.

ISRAEL GARCIA, and
LORI GARCIA, individuals,

 Defendants.
_____

### ORDER OF DISMISSAL
_____

**Blackburn, J.**

 The matter comes before the court on the **Stipulation of Dismissal With Prejudice** [#52], filed June 15, 2006.  After careful review of the stipulation and the file, I have concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

 **THEREFORE, IT IS ORDERED** as follows:

 1. That the **Stipulation of Dismissal With Prejudice** [#52], filed June 15, 2006, **IS APPROVED**;

 2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

 3. That the Trial Preparation Conference set for July 27, 2007, is **VACATED**;

 4. That the trial to the court set to commence July 30, 2007, is **VACATED**; and

5.  That any pending motion is **DENIED** as moot.

Dated June 16, 2006, at Denver, Colorado.

                                                **BY THE COURT:**

                                                **s/ Robert E. Blackburn**
                                                **Robert E. Blackburn**
                                                **United States District Judge**