**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-02482-REB-MEH

POSTNET INTERNATIONAL FRANCHISE CORPORATION, a Nevada corporation,

     Plaintiff,

v.

ISRAEL GARCIA, and
LORI GARCIA, individuals,

     Defendants.

---

**ORDER MODIFYING ORDER OF DISMISSAL**

---

**Blackburn, J.**

     The matter comes before the court on the **Stipulation for Modification of Dismissal Order Dated June 16, 2006** [#54], filed June 15, 2006.  The stipulation is approved.

     The stipulation for modification notes that my order of dismissal [#53], filed June 16, 2006, provides that the parties are to pay their own attorney fees and costs.  The parties ask that this paragraph of my order be modified to state that the parties shall pay attorney fees and costs in accordance with their settlement agreement.  The stipulated dismissal of this matter is based on the parties' settlement agreement.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Stipulation for Modification of Dismissal Order Dated June 16, 2006** [#54], filed June 15, 2006, **IS APPROVED**;

     2.  That paragraph two on page one of my Order of Dismissal [#53], filed June 16, 2006, is **MODIFIED** to provide that the parties shall pay attorney fees and costs in

accordance with their settlement agreement, on which their Stipulation of Dismissal

with Prejudice [#52], filed June 15, 2006, is based;

     3.  That as amended, my Order of Dismissal [#53], filed June 16, 2006,

otherwise **SHALL REMAIN IN EFFECT**.

     Dated June 27, 2006, at Denver, Colorado.

                **BY THE COURT:**

                **s/ Robert E. Blackburn**
                **Robert E. Blackburn**
                **United States District Judge**